# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:
MICHAEL J COLLINS        Debtor

Case No. 22-16264

AmeriSave Mortgage Corporation,
    Movant,

vs.

Chapter 13

MICHAEL J COLLINS        Debtor

## MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 7208 STALLINGS DR, GLEN BURNIE, MARYLAND 21060

COMES NOW, AmeriSave Mortgage Corporation (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

    1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

    2. On or about November 9, 2022, MICHAEL J COLLINS (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

    3. Brian A. Tucci is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

    4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Anne Arundel County, Maryland, and improved by a residence known as 7208 Stallings Dr, Glen Burnie, Maryland 21060 (hereinafter the "Property").

4

5. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated April 22, 2022, and executed by Michael Joseph Collins, in the original principal amount of $447,700.00, with interest at the original note rate of 3.7500%.  A copy of the promissory note is attached hereto.

6. Said promissory note is secured by a certain Deed of Trust also dated April 22, 2022 and recorded in the land records of Anne Arundel County, Maryland, related to the subject Property.  A copy of the deed of trust is attached hereto.

7.  Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

8. A statement of Debtor's accrued post-petition payment arrears is as follows: (a) May 1, 2024 through July 1, 2024 in the amount of $2,981.27 each, less a suspense balance of $171.18 for a subtotal of $8,772.63;  (b) Movant has incurred attorney fees of $1,050.00 and filing cost of $199.00 associated with the present motion for a subtotal of $1,249.00, and attorney fees of $450.00 for Plan Review, $500.00 for Proof of Claim, and $250.00 for 410A Form as set forth in Movant's Notices of Postpetition Mortgage Fees, Expenses and Charges filed 01/30/2023.  Consequently, as of the filing date of the present motion, the total post-petition arrearage, inclusive of motion legal fees and costs, is $11,221.63.

9. A copy of the post-petition payment history is attached hereto as Exhibit "A".

10. A statement of Debtor's accrued pre-petition payment arrearage is as follows.  The total pre-petition arrearage is $5,682.92.  A more detailed statement of pre-petition debt is contained in <u>Claim No. 18</u> dated January 17, 2023.

11. A detailed statement of debt is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $431,630.03 |
| Accrued Interest | $4,667.36 |
| Pro Rata MIP/PMI | $279.69 |
| Late Fees | $0.00 |
| Suspense Balance | ($0.00) |
| Corporate Advance Balance | $1,200.00 |
| Additional Fees Due | $50.00 |
| Total: | $437,827.08 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

12. Debtor's Schedule A/B lists the market value of the Property as $495,000.00. Moreover, the Maryland State Department of Assessments and Taxation's real property report dated January 1, 2023 values the Property at $503,500.00.

13. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

14. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.

15. In the event the automatic stay under 11 U.S.C. § 362(a) is terminated as to the subject Property, Movant may, at its discretion, discuss, offer and enter into any potential non-bankruptcy loss mitigation agreements, such as a forbearance agreement, a deed-in-lieu agreement or a loan modification agreement, with the Debtor.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 7208 Stallings Dr, Glen Burnie, MD 21060 and to allow successful purchaser to obtain possession of same; and,

2. That the Trustee cease making any further distributions to the Movant; and,

3. Grant such other and further relief as may be just and necessary.

Respectfully Submitted,

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion For Relief will be served electronically by the Court's CM/ECF system on the following:

Brian A. Tucci, Chapter 13 Trustee

Eric S. Steiner, Debtor's Attorney

I hereby further certify that on the 30th day of July, 2024, a copy of the Motion For Relief was also mailed first class mail, postage prepaid to:

MICHAEL J COLLINS
7208 STALLINGS DRIVE
GLEN BURNIE, MD 21060

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com