IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

IN RE:
MICHAEL J COLLINS
    Debtor
_____      Case No. 22-16264


AmeriSave Mortgage Corporation
    Movant

vs.      Chapter 13

MICHAEL J COLLINS
    Debtor

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING THEREON

    AmeriSave Mortgage Corporation, and its assigns, by and through counsel, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §§ 362(a) against the property located at:

**7208 Stallings Dr, Glen Burnie, Maryland 21060**

Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  If you do not have a lawyer, you may wish to consult one.

    If you do not want the Court to grant the motion for relief from automatic stay, or if you want the Court to consider your views on the motion, then by  **August 13, 2024** , you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

| | |
|---|---|
| Eric S. Steiner, Esq. | Brian A. Tucci |
| PO Box 17598 | P.O. Box 1110 |
| Pmb 83805 | Millersville, MD 21108 |
| Baltimore, MD 21297 | *Chapter 13 Trustee* |
| *Counsel for Debtor* | |

1

2

| | |
|---|---|
| MICHAEL J COLLINS<br>7208 STALLINGS DRIVE<br>GLEN BURNIE, MD 21060<br>*Debtor* | Andrew Spivack, Esq.<br>Brock & Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103<br>*Counsel for Movant* |

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

**The hearing is scheduled for  September 9, 2024 , at  1:30 PM , in Courtroom 9-D of the United States Bankruptcy Court, Garmatz Federal Courthouse, 101 West Lombard Street, Baltimore, MD  21201.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date:     July 30, 2024

*/s/Andrew Spivack*
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice Of Hearing will be served electronically by the Court's CM/ECF system on the following:

Brian A. Tucci, Chapter 13 Trustee

Eric S. Steiner, Debtor's Attorney

I hereby further certify that on the 30th day of July, 2024, a copy of the Notice Of Hearing was also mailed first class mail, postage prepaid to:

MICHAEL J COLLINS
7208 STALLINGS DRIVE
GLEN BURNIE, MD 21060

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com