## CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc., as beneficiary, as nominee for AmeriSave Mortgage Corporation, its successors and assigns, does hereby assign and transfer to AmeriSave Mortgage Corporation, whose address is 1 Corporate Drive, Suite 360, Lake Zurich IL, 60047 all its right, title, and interest in and to a certain Deed of Trust in the amount of $447,700.00 executed by Michael Joseph Collins, 7208 Stallings Dr, Glen Burnie, Maryland 21060, mortgagor(s), with Original Trustees being Maryland First title LTD, and bearing the date of April 22, 2022, and recorded on April 29, 2022, in the Land Records of the Circuit Court of Anne Arundel County, Maryland, in Deed Book 38668 at Page 114.

Property Address: 7208 Stallings Dr, Glen Burnie, Maryland 21060
TAX ID: [REDACTED]

Signed on the 9th day of December, 2022.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR AMERISAVE MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS

By: Victoria Wolff for Victoria Bressner
Victoria Wolff fka Victoria Bressner

Its: Vice President

```
Anne Arundel Cty Cir Crt
IMP FD SURE        $40.00
RECORDING FEE      $20.00
TOTAL              $60.00
SAP   KH
Dec 20, 2022   10:06 am
```

STATE OF ILLINOIS
CITY/COUNTY OF LAKE, to-wit:

On the 9th day of December, 2022, before me, a Notary Public, personally appeared Victoria Wolff fka Victoria Bressner, known to me, who being duly sworn did say that he/she is the Vice President of Mortgage Electronic Registration Systems, Inc., as beneficiary, as nominee for AmeriSave Mortgage Corporation, its successors and assigns, and that said instrument was signed on behalf of said corporation.

Given under my hand and seal and effective this day of December 9, 2022.

By: _____
Notary Public

My Commission Expires: 5/23/26        (SEAL)
Notary Registration #: 875594

Prepared by and return to:
Brock & Scott, PLLC
5431 Oleander Drive
Wilmington, NC 28403
MIN#: [REDACTED]
MERS Address: P.O. Box 2026, Flint, MI 48501-2026
MERS Phone: (888) 679-6377

BRIAN E SHIELDS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 23, 2026

File Number: [REDACTED]

Collins    Corporate Assignment of Deed of Trust    Page 1 of 1