# EXHIBIT A

| Name: | Collins | | | | | Date: 7/10/2024 |
|---|---|---|---|---|---|---|
| Loan # | | | | Filed Bankruptcy 11/09/22 | | Time: 16:09 |

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 12/02/22 | $2,841.46 | 12/01/22 | $2,840.80 | $0.66 | $0.66 | First pp pmt @: $2,840.80 12/1/2022 |
| 01/04/23 | $2,841.46 | 01/01/23 | $2,840.80 | $0.66 | $1.32 | |
| 02/02/23 | $2,841.46 | 02/01/23 | $2,840.80 | $0.66 | $1.98 | |
| 03/08/23 | $2,841.46 | 03/01/23 | $2,840.80 | $0.66 | $2.64 | |
| 04/17/23 | $2,841.46 | 04/01/23 | $2,840.80 | $0.66 | $3.30 | |
| 05/02/23 | $2,838.82 | 05/01/23 | $2,840.80 | $(1.98) | $1.32 | |
| 06/02/23 | $1,419.36 | | | $1,419.36 | $1,420.68 | |
| 06/13/23 | $1,419.36 | | | $1,419.36 | $2,840.04 | |
| 07/05/23 | $2,839.00 | 06/01/23 | $2,840.80 | $(1.80) | $2,838.24 | |
| 08/09/23 | $2,396.60 | 07/01/23 | $2,840.80 | $(444.20) | $2,394.04 | |
| 08/09/23 | $442.22 | | | $442.22 | $2,836.26 | |
| 08/29/23 | $2,839.00 | 08/01/23 | $2,840.80 | $(1.80) | $2,834.46 | |
| 10/09/23 | $2,839.00 | 09/01/23 | $2,840.80 | $(1.80) | $2,832.66 | |
| 11/03/23 | $2,839.00 | 10/01/23 | $2,840.80 | $(1.80) | $2,830.86 | |
| 02/20/24 | $2,982.00 | 11/01/23 | $2,840.80 | $141.20 | $2,972.06 | |
| | | 12/01/23 | $2,840.80 | $(2,840.80) | $131.26 | |
| 04/02/24 | $2,982.00 | 01/01/24 | $2,981.27 | $0.73 | $131.99 | Pmt Change @: $2,981.27 1/1/2024 |
| 05/02/24 | $2,982.00 | 02/01/24 | $2,981.27 | $0.73 | $132.72 | |
| 06/04/24 | $3,000.00 | 03/01/24 | $2,981.27 | $18.73 | $151.45 | |
| 07/02/24 | $3,001.00 | 04/01/24 | $2,981.27 | $19.73 | $171.18 | |
| | | | | $ - | $171.18 | |
| | | | | | | |
| | | 05/01/24 | $2,981.27 | | | PP Due for: 5/1/2024 |
| | | 06/01/24 | $2,981.27 | | | |
| | | 07/01/24 | $2,981.27 | | | |
| | | Totals: | $8,943.81 | | | PP Delinquency: $8,943.81 |
| | | | | | | Less Suspense: $171.18 |
| | | | | | | Total needed to cure delinquency: $8,772.63 |